REBECCA LYDON, Respondent, Appellant, v. MICHAEL J. LYDON, Appellant, Respondent.— Order granting temporary alimony and counsel fee to the plaintiff during continuance of permission to live in the home of the parties, modified by fixing the alimony at $15 a week, computed from August 24, 1933, and fixing the counsel fee at $150, and providing that the defendant have a credit of $220 against the payments of alimony required, by reason of the payment to the plaintiff of $10 a week during a twenty-two-week period prior to February 23, 1934. As thus modified the order is affirmed, without costs. This amount for alimony

is fixed on the assumption that the wife is permitted to continue to live in the house owned by the defendant. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.